Petition for Mandamus Writ

District Court - Respondent - Seattle

Simonds
vs
Dish Network et al

Statement of facts necessary to an understanding of the issues presented by the petition —

Mr. Simonds - petitioner claimed - the U.S.C.A. 5th amendment as his claim wrote on civil cover sheet U.S. District judge Lasnik dismissed the case March or

11-CV-00360-MEM

April 2011 - this year; violating statutes U.S.C.A. 28-1331, article 3 section 2-clause-1-U.S.C.A. U.S.C.A. and the Federal rules of civil procedure- Motions; orders to Show Cause; 28-1652, as more, U.S.C.A. 1112 - etc judge did not give or say anything - his dismissal reasons - etc. petitioner filed other claims against Defendant(s) Dish- such as antitrust, petitioner could add procedural due process claim as more - Dish

① a liberty interest protected by the constitution

② a deprivation of the interest by the government - Dish Network

3 lack of process
219 F 3rd 905

and the same claim against Judge Lasnik

Judge Lasnik violated the Due process clause of the 5th amendment - his dismissal

a statement of the issues presented and of the relief sought

issue - 5th amendment U.S.C.A. Due process

relief sought - indicated on 2nd cover sheet civil cover sheet

a statement of the reasons why the writ should issue -
- entire petition - and includes the last dismissal - 9th circuit (this year) all evidence on Judge Lasnik's case

motions, etc.
claims, documentary
etc. claims-etc.

Due process of
law-fourteenth amendment
Federal rules of
evidence-201

STITUT... | ...UE PROCESS | Amend. V

:terson, ...
Criminal ...
> 545

> incri...
ment in ...
s not u...
refusal ...
court at...
orney t...
in car, ...
guilty to ...
ich was ...
. prosecu...
993, 984 ...
rtiorari d...
3, 126 L....
S.Ct. 209,
65.  Cri...

on defend...
ent that ...
ve that h...
nd thus ...
iem, com...
not to ...
int's priv...
defendan...
d with hi...
his sincer...
to taxes ...
if he had ...
ould have ...
witness o...
tax-return ...
.S. v. Ho...
.2d 250.

int's state...
t there we...
his vehicle ...
not receiv...
n if he had ...
not have ...
detention, ...
irect produ...
. v. Restr...
p. 180. (...

ed to evide...
en investig...
where ...
uld be kep...
onary rule ...
ig officer, d...
y; officer w...
in conver...
ally induced ...
ig on his ...
)94, 859 F S...

... Criminal Law ⇔ 394.1(3); Crimi-
... Law ⇔ 412(4)

### Amendment V. Due Process of Law

\* \* \* nor be deprived of life, liberty, or property, without due process of law; \* \* \*

### WESTLAW ELECTRONIC RESEARCH

See Westlaw guide following the Explanation pages of this volume.

### Notes of Decisions

### Subdivisions I to XIII appear in this volume

I. GENERALLY  1-120
II. LEGISLATIVE ENACTMENTS GENERALLY  121-170
III. VAGUE AND INDEFINITE LEGISLATION  171-250
IV. ADMINISTRATIVE PROCEDURE  251-310
V. CIVIL PROCEDURE  311-420
VI. CRIMINAL PROCEDURE GENERALLY  421-570
VII. GRAND JURY  571-620
VIII. INDICTMENT, INFORMATION OR COMPLAINT  621-680
IX. PLEAS  681-730
X. IDENTIFICATION OF ACCUSED  731-830
XI. CRIMINAL EVIDENCE  831-910
XII. CRIMINAL WITNESSES  911-960
XIII. SENTENCE AND PUNISHMENT  961-1080
XIV. PRISONS AND PRISONERS GENERALLY  1081-1150
XV. PAROLE  1151-1220
XVI. FEDERAL REGULATION GENERALLY  1221-1360
XVII. ALIENS AND NATIONALITY  1361-1500
XVIII. ARMED FORCES AND SELECTIVE SERVICE  1501-1620
XIX. BANKRUPTCY  1621-1730
XX. BUSINESS AND TRADE  1731-1790
XXI. CRIMES  1791-1830
XXII. INDIANS  1831-1880
XXIII. LABOR RELATIONS  1881-1960
XXIV. PROFESSIONS  1961-2000
XXV. PUBLIC AID AND BENEFITS  2001-2050
XXVI. PUBLIC EMPLOYMENT  2051-2130
XXVII. TAXES  2131-2210
XXVIII. TRANSPORTATION  2211-2260

...ally  1-120
...onment of line, railroads, transportation  2228
...tion, prisons and prisoners generally
...
...tion, vague and indefinite legislation
...
...tions, public aid and benefits  2002
...tion, bankruptcy  1692
...se of process, access to courts, prisoners and prisoners generally  1090

Academies or schools, armed forces and selective service  1533-1535
  Generally  1533
  Disenrollment  1534
  Homosexuals  1535
Access of defense to prosecution witnesses, criminal witnesses  920
Access to courts, prisons and prisoners generally  1089-1092
  Generally  1089
  Abuse of process  1090